# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| EGREIS GJERGJANI, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-CV-448 |
| | § | (Judge Mazzant/Judge Nowak) |
| JAZMIN WARE | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 8, 2016, the report of the Magistrate Judge (Dkt. #40) was entered containing proposed findings of fact and recommendations that: Defendant be held liable to Plaintiff for the sum of $69,000 incurred as a result of Defendant's defamatory statements; Plaintiff be awarded no damages for her claims for intentional infliction of emotional distress and/or cyberstalking under 18 U.S.C. § 2261A; Plaintiff's request for attorney's fees be denied; Defendant be ordered to remove each of the statements found to be defamatory herein and any similar statements posted during the pendency of this proceeding to date; and, Defendant be further enjoined from republishing or reposting, in any way, any of the statements this Court has found to be defamatory. *Id*. at 18

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that:

1. Defendant is held liable to Plaintiff for the sum of $69,000 incurred as a result of Defendant's defamatory statements;

2. Plaintiff is awarded no damages for her claims for intentional infliction of emotional distress and/or cyberstalking under 18 U.S.C. § 2261A.

3. Plaintiff's request for attorney's fees is denied;

4. Defendant is ordered to remove each of the statements found to be defamatory herein and any similar statements posted during the pendency of this proceeding to date;

5. Defendant is further enjoined from republishing or reposting, in any way, any of the statements this Court has found to be defamatory; and

6. Plaintiff is entitled to all writs and processes in order to collect this judgment.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

**SIGNED this 30th day of August, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE